UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANA LEE DEMBROW

    Plaintiff

v.

SYNCHRONY BANK

    Defendant

Chief Judge Juan R. Sanchez

Case No.: 2:22-cv-4982

**AMENDED COMPLAINT**
**(Opening an Account Without Authorization)**

Comes now plaintiff *pro se* and states the following by and for his Amended Complaint against Synchrony Bank d/b/a Care Credit:

1. All of the allegations set forth in plaintiff's prior pleadings are hereby incorporated herein by reference.

2. Prior to opening an account in plaintiff's sole name, defendant had the affirmative duty and obligation to seek and obtain from plaintiff his authorization to open such an account.

3. Defendant opened an account in plaintiff's sole name without plaintiff's authorization.

WHEREFORE plaintiff respectfully prays that the account opened by defendant in plaintiff's sole name without authorization is null and void and consequently defendant is liable to plaintiff to repay to plaintiff all payments made to defendant by plaintiff under protest and duress following defendant's demand that plaintiff remit on a disputed account.

                                                                   */s/ Dana Dembrow*

                                                                   Dana Dembrow
                                                                   Plaintiff *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March 2023 a copy of this Amended Complaint mailed, first class postage prepaid, to counsel for Care Credit, Samantha J. Chugh, Esq., 225 Fifth Ave., Pittsburgh, PA 15222.

*[signature]*

Dana Dembrow, plaintiff *pro se*
1226 Canterbury Dr.
Sykesville, MD  21784
Tel.:  (443) 974-8940
Email:  danadembrow@aol.com

BALTIMORE MD 212
16 MAR 2023 PM 6 L

RECEIVED
MAR 21 2023

CIVIL CLERKS OFFICE
US DIST. COURT FOR
EASTERN DIST. OF PA
601 MARKET ST.
PHILADELPHIA, PA 19106

19106-178699

U.S.M.S.
X-RAY